PD-0401-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/8/2015 10:31:44 PM
Accepted 4/15/2015 12:59:34 PM
ABEL ACOSTA
CLERK

# COURT OF CRIMINAL APPEALS

## PD-_____-15

# *State of Texas, Appellant,*
# *v.*
# *Marcus Lee Holmquist, Appellee.*

**On Discretionary Review from**
**No. 05-13-01388-CR**
**Fifth Court of Appeals, Dallas**

**On Appeal from No. CR13-0496**
**204th District Court, Dallas County**

# Motion to Extend Time to File Petition for Discretionary Review

**PATRICK SHORT**
**State Bar Card No. 21216900**
**LAW FIRM OF PATRICK SHORT**
**603 White Hills Drive**
**Rockwall, Texas 75087**
**Telephone: (972) 771-1441**
**Facsimile: (972) 771-0377**
**patrick@patrickshort.com**
**Attorney for Appellee**

FILED IN
COURT OF CRIMINAL APPEALS

April 15, 2015

ABEL ACOSTA, CLERK

**To the Honorable Judges of the Court of Criminal Appeals:**

Appellee Marcus Lee Holmquist moves for an extension of time of **30 days** to file a petition for discretionary review:

1. On February 5, 2015, in *State v. Holmquist*, 05-13-01388-CR, the County Court at Law in Rockwall County denied the appellee's motion to suppress evidence.

2. The petition for discretionary review is due on **April 9, 2015**.

3. For good cause, Appellant asks for an extension of 30 days to file the petition for discretionary review, i.e., until **May 9, 2015**.

4. No previous extension to file the petition for discretionary review has been filed.

5. Appellant relies on the following facts as good cause for the requested extension: undersigned attorney Patrick Short just completed a two day criminal jury trial involving a Driving While Intoxicated case in Cause Number CR14-0210 before the County Court at Law in Rockwall County in the *State of Texas v. Michelle Hill*.

6. Further, Patrick Short has the following briefs or other pleadings due soon:

- Response to a traditional and no-evidence motion for summary judgment in *Oliver v. Lilley*, 048-267871-13, 48th Judicial District in Tarrant County, due April 26, 2015.

- Response to a motion to strike the testimony of an expert in *Oliver v. Lilley*, 048-267871-13, 48th Judicial District in Tarrant County, due April 26, 2015.

- Plaintiff's traditional motion for summary judgment in *Oliver v. Lilley*, 048-267871-13, 48th Judicial District in Tarrant County.

- Preparation for a jury trial that is to being April 14, 2015 styled the *State of Texas v. Ryan Houston Hughes*, CR14-0025, in the Rockwall County Court at Law.

7.      This Motion is not filed for purposes of delay, but so that justice may be served.

**Prayer**

Appellant prays that this Court grant this motion for an extension of time to file a petition for discretionary review.

Respectfully submitted,

/S/ Patrick Short
_____
**PATRICK SHORT**
State Bar Card No. 21216900
**LAW FIRM OF PATRICK SHORT**
603 White Hills Drive
Rockwall, Texas 75087
Telephone: (972) 771-1441
Facsimile: (972) 771-0377
patrick@patrickshort.com
**ATTORNEY FOR APPELLEE**

## Certificate of Service

I certify that on April 8, 2015, a true and correct copy of this document was served. *See* Tex. Rule App. Proc. 9.5 (2014) and 68.11 (2014).

Kenda Culpepper
Criminal District Attorney
Rockwall County Government Center
1111 E. Yellow Jacket Ln.
Suite 201
Rockwall, TX  75087
Ph: (972) 204-6800
Fx: (972) 204-6809

Jeff Shell
Chief Appellate Section
Rockwall County Government Center
1111 E. Yellow Jacket Ln.
Suite 201
Rockwall, TX  75087
Ph: (972) 204-6800
Fx: (972) 204-6809